**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:Jose A. Canales** | **: CHAPTER 13** |
| **xxx-xx-5317** | **: CASE NO. 19-18043-ELF** |
| **Alicia Canales** | **:** |
| **xxx-xx-9085** | **: HEARING DATE:** |
| **7313 Chestnut Avenue** | **: TIME:** |
| **Elkins Park PA 19027** | **: LOCATION: COURT ROOM No. 1** |
| | **: United States Bankruptcy Ct.** |
| **Debtor(s)** | **: 900 Market St., 2nd Floor** |
| | **: Philadelphia, PA 19107** |

**ORDER**

AND NOW, this   14th   day of   January  , 2020, it is hereby ORDERED that the Debtors, Jose A. Canales and Alicia Canales, shall be granted an additional period of time, not to exceed 30 days, or until   January 20  , 2020, in which to file schedules, statement of affairs, Plan, and other documents (if any) as a part of their Petition in Bankruptcy.

Eric L. Frank
U.S. Bankruptcy Judge