Certificate Number: 05781-PAE-DE-034199030

Bankruptcy Case Number: 19-18043



05781-PAE-DE-034199030

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 8, 2020, at 12:19 o'clock PM PDT, Alicia Canales completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 8, 2020               By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President