UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Jose Canales,<br>*aka* Jose Antonio Colon<br>Alicia Canales,<br>*aka* Alicia Colon<br>    Debtors<br><br>MTGLQ Investors, LP<br>    Movant<br> v.<br>Jose Canales,<br>aka Jose Antonio Colon<br>Alicia Canales,<br>aka Alicia Colon<br>    Debtors/Respondents<br><br>William C. Miller, Esquire<br>    Trustee/Respondent | Bankruptcy No. 19-18043-elf<br><br>Chapter 13<br><br>Related to Doc. No. 24 |

## PRAECIPE TO WITHDRAW

**PLEASE TAKE NOTICE THAT**, on behalf of MTGLQ Investors, LP, the undersigned hereby withdraws the following document:

**Docket Entry #24 - MTGLQ Investors, LP'S Objection to Confirmation of Debtors' Chapter 13 Plan, filed on February 12, 2020.**

**Dated: June 3, 2020**

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

        Telephone: 561-241-6901
        Facsimile: 561-241-1969

By: /s/ Charles Wohlrab
    Charles Wohlrab, Esquire
    Bar Number 314532
    Email: CWohlrab@rasnj.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 3, 2020, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MICHAEL W. GALLAGHER
401 WEST JOHNSON HIGHWAY
SUITE 4
EAST NORRITON, PA  19401

JOSE CANALES
AKA JOSE ANTONIO COLON
7313 CHESTNUT AVENUE
ELKINS PARK, PA  19027

MICHAEL W. GALLAGHER
401 WEST JOHNSON HIGHWAY
SUITE 4
EAST NORRITON, PA  19401

ALICIA CANALES
AKA ALICIA COLON
7313 CHESTNUT AVENUE
ELKINS PARK, PA  19027

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA  19105

UNITED STATES TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA  19106

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Telephone: 561-241-6901
Facsimile: 561-241-1969


By: /s/ Charles Wohlrab
    Charles Wohlrab, Esquire
    Bar Number 314532
    Email: CWohlrab@rasnj.com