## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA- PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br>**Jose Canales,**<br>**aka Jose Antonio Colon,**<br>         **Debtor**<br>**Alicia Canales,**<br>**aka Alicia Colon,**<br>         **Joint Debtor**<br>**MTGLQ Investors, LP,**<br>         **Movant**<br>**v.**<br>**Jose Canales,**<br>**Alicia Canales,**<br>         **Debtor/Respondent**<br>**William C. Miller, Esquire**<br>         **Trustee/Respondent** | **Bankruptcy No. 19-18043-elf**<br><br>**Chapter 13** |

## ORDER OF COURT

AND NOW, this 15th day of _____December_____, 2020, upon consideration of the parties'

Stipulation Resolving Motion for Relief from Stay (Doc. # 86), it is hereby ORDERED that the Stipulation is

approved.



**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**