**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    JOSE CANALES | : | |
|    ALICIA CANALES, | : | |
|            Debtors | : | Bky. No.  19-18043 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan (Doc. #111) is **APPROVED**.

Date:  September 29, 2021

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**